

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00163-CV

---

**Justin Vela, Godofredo Vela, Jane Vela, and all other occupants at 7903 Sutcliffe Drive, Unit 219, Austin, Texas 78744, Appellants**

v.

**Rio Rancho Properties, LLC, Appellee**

---

On Appeal from the County Court at Law No. 1
Travis County, Texas
Trial Court No. C-1-CV-26-000174

---

## MEMORANDUM OPINION[1]

On June 18, 2026, Counsel for Appellants filed a document entitled "Notice of Nonsuit of Appeal without Prejudice" indicating that Appellants "hereby give notice to this Court and to all

---

[1] This case was transferred pursuant to the Texas Supreme Court's docket equalization efforts. Tex. Gov't Code § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

parties to this suit that they are taking a Nonsuit of Appeal without Prejudice of their entire appeal against Appellee/Plaintiff, effective immediately on the filing of this notice."

In response, on June 25, 2026, the Clerk of this Court notified the parties that the Texas Rules of Appellate Procedure authorize dismissals, not nonsuits, and that the Court construes Appellants' notice as a motion for voluntary dismissal of the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* Tex. R. App. P. 42.1(a)(1). The Clerk provided Appellants ten days to either withdraw their "Nonsuit of Appeal without Prejudice" filing or pay the $10 filing fee for a dismissal motion, if Appellants were seeking a dismissal of the appeal. The ten-day notice period also served to provide Appellee the opportunity to respond, if it wished to do so. Appellants timely responded that they paid the requisite $10 fee. Appellee did not respond to Appellants' motion.

Construing Appellants' notice of nonsuit as a motion for voluntary dismissal, we grant the motion and dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1. *See id*.; *Cullen v. Legacy Trust Co., N.A.*, No. 01-25-00192-CV, 2025 WL 2077084, at *1 (Tex. App.—Houston [1st Dist.] July 24, 2025, no pet.) (mem. op.) (construing a "Notice of Non-Suit" asking the court to "non-suit the appeal without prejudice" as a motion for voluntary dismissal and dismissing pursuant to Tex. R. App. P. 42.1(a)(1) after providing notice to appellant that Texas Rules of Appellate Procedure authorize dismissals not nonsuits and providing appellant a cure period).

LISA J. SOTO, Justice

July 16, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.

2